IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| CARMENLITA BUSBY,<br><br>Plaintiff,<br>v.<br><br>SWIFT BEEF COMPANY, a foreign corporation, d/b/a SWIFT & COMPANY TRADE GROUP, d/b/a SWIFT GLOBAL USA, d/b/a E. A. MILLER, d/b/a JBS USA,<br>Defendant. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Civil No. 1:14-cv-00009-DBP |

Upon stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each side to bear its own fees and costs.

*[Signature: Dee Benson]*

August 1st, 2014

Signed:_____